Date: 02/07/11                                                                                            Page: 1

## DIVIDENDS REMITTED TO THE COURT
Check Number 114 Dated 02/07/11
Case Number 09-35344 - JALINSKI, DAVID P.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| HSBC Bank Nevada, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite 200<br>Tucson, AZ 85712<br>　FINAL DISTRIBUTION<br>　5045 | 000011 | 163.14 | 1.65 |
| ---------- Remittance Total --------------- | | 163.14 | 1.65 |

*[signature]*

John A. Hedback, Trustee

COURT1                                                              Printed: 02/07/11 11:08 AM    Ver: 16.01c